

D. Conn. (New Haven)
No. 06-cv-0711
Nevas, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15th day of June two thousand seven.

Present:
    Hon. Guido Calabresi,
    Hon. Barrington D. Parker,
    Hon. Richard C. Wesley,
        *Circuit Judges.*



Lester Jon Ruston,
                      Plaintiff-Appellant,

    v.                                  06-4303-pr

World Wrestling Entertainment, Vince McMahon, Jr.,
                      Defendants-Appellees.

Appellant, pro se, moves for the appointment of counsel, production of evidence, sanctions, and remand. Upon due consideration, it is ORDERED that the motions are DENIED and the appeal is DISMISSED, because the appeal lacks an arguable basis in fact or law. See Neitzke v. Williams, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *Lucille Carr*

Catherine O'Hagan Wolfe, Clerk
by _____
    DEPUTY CLERK

A TRUE COPY JUN 15 2007

ISSUED AS MANDATE: 08/08/07

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Catherine O'Hagan Wolfe
CLERK

Date: 8/8/07
Docket Number: 06-4303-cv
Short Title: Ruston v. World Wrestling Entertainment
DC Docket Number: 06-cv-711
DC: CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Alan Nevas

## ACKNOWLEDGMENT RECEIPT

To: Appeals Clerk

Kindly endorse the acknowledgment receipt in the line below and return to the Court of Appeals for the Second Circuit.

**MANDATE ACKNOWLEDGMENT** = Transfer of Jurisdiction
The mandate consists of the items indicated below:
☐ Clerk Order dated
☐ Court Order dated 06/15/07
☐ Default Order
☐ Summary Order dated
☐ Opinion and Judgment dated
☐ Statement of Costs dated

**CERTIFIED ACKNOWLEDGMENT** = For Informational Purposes
☐ Clerk Order dated
☐ Court Order dated
☐ So-Ordered Stipulation

Received by: _____
(Originating Court or Agency)

Date: _____

*FILED 2007 AUG 20 P 2:24 U.S. DISTRICT COURT NEW HAVEN, CT*